# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                    Case No. 2:10-cr-64-FtM-29DNF

**AHMAD JAMAL MOORE**
_____

## ORDER APPOINTING COUNSEL

On May 12, 2010, the Court held an Initial Appearance for the Defendant, AHMAD JAMAL MOORE. CJA Counsel was necessary for the Defendant to be represented during the proceeding. **Neil Potter, Esq.**, is hereby appointed to represent the Defendant for the purpose of Initial Appearance. The Defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate. The Defendant, or a member of the Defendant's family, **SHALL** contact Attorney Potter's office to confirm whether private counsel will be retained, or for the Court determine if the Defendant qualifies within the meaning of Title 18, United States Code, Section 3006A, to proceed with the services of Court appointed Counsel.

**DONE** and **ORDERED** in Ft. Myers, Florida on this ___13th___ day of May, 2010.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record