UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 2:10-cr-64-FtM-29DNF

AHMAD JAMAL MOORE
_____

ORDER APPOINTING COUNSEL

The Court has examined the Defendant, AHMAD JAMAL MOORE under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and **Neil Potter, Esq.**, is hereby appointed to represent the Defendant. Attorney Potter represented the Defendant during the Initial Appearance and the Court finds it is appropriate for him to continue representation. The Defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE** and **ORDERED** in Ft. Myers, Florida on this ___17th___ day of May, 2010.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record